AO 247 (Rev. 11/11) ALSD  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Southern District of Alabama

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JAMES LAVON THOMAS | ) | Case No: 93-00051-CB |
| | ) | USM No: 60501-079 |
| Date of Original Judgment: August 4, 1993 | ) | |
| Date of Previous Amended Judgment: | ) | |
| *(Use Date of Last Amended Judgment if Any)* | | Defendant's Attorney |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ **DENIED.**  ☐ **GRANTED** and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____.

*(Complete Parts I and II of Page 2 when motion is granted)*

**ADDITIONAL COMMENTS**

The amendment to the drug quantity tables does not have the effect of lowering the defendant's base offense level or sentencing guideline range. The defendant was found to be a Career Offender. (PSR ¶ 33.) Due to the applicability of the Career Offender guideline (offense level 37) and criminal history category (VI), there is no change in the guideline sentencing range, which remains 360 to life.

Except as otherwise provided, all provisions of the judgment dated   August 4, 1993   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: April 22, 2016                                       s/Charles R. Butler, Jr.
                                                                        *Judge's signature*

Effective Date: _____                      Charles R. Butler, Jr., Senior United States District Judge
*(if different from order date)*                               *Printed name and title*